1808.

HARTZELL
  v.
REISS.

---

*Saturday,*
March 26th.

The day on which the verdict is given, is com-puted as one of the four days which are allowed to move for a new trial.

## LANE *against* SHREINER.

IN this case a verdict was given for the plaintiff in the Cir-cuit Court of *Lancaster* county on *Tuesday;* and on the *Saturday* following, a motion was made by the defendant for a rule to shew cause why there should not be a new trial. That Court however being of opinion that the motion was too late, because the day on which a verdict is given should be included in the four days, refused the rule; and the defendant appealed to this court.

The decision of the Circuit Court was affirmed without argument, upon the authority of *Burrall* v. *Dublois.* (a)

*Hopkins* for plaintiff, *E. Tilghman* for defendant.

(a) 2 *Dall.* 229.